1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.678.3400
   Facsimile: 314.678.3401
4  Attorneys for Plaintiffs

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *Martha Hallman, et al. v. Pfizer Inc. et al.*   **STIPULATION AND ORDER OF**
    (06-0088 CRB)                                     **DISMISSAL WITH PREJUDICE**
16
    *Edward Vitt v. Pfizer Inc, et al.*
17  (06-1900 CRB)

18  *Madeline Perkins, et al. v. Pfizer Inc, et al.*
    (07-1192 CRB)
19
    *Glenda Barker, et al. v. Pfizer Inc, et al.*
20  (07-3126 CRB)

21

22      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

25  each side bearing its own attorneys' fees and costs.

26

27

28

                                          -1-

                   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED: 1/15, 2010        By: _____

2

The Lowe Law Firm

3                                    8235 Forsyth Blvd, Suite 1100
                                     St. Louis, Missouri 63105

4                                    Telephone: 314.678.3400
                                     Facsimile: 314.678.3401

5

*Attorneys for Plaintiffs*

6

7        DATED: _ 1/27 , 2010       By: _____

8

DLA PIPER LLP (US)

9                                    1251 Avenue of the Americas
                                     New York, New York 10020

10                                   Telephone: 212-335-4500
                                     Facsimile: 212-335-4501

11

*Defendants' Liaison Counsel*

12

13

14

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

15      **IT IS SO ORDERED.**

16

17      Dated: FEB - 3 2010

                                     _____
18                                   Hon. Charles R. Breyer
                                     United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE